IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BEACON NAVIGATION GMBH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-cv-921 (GMS) |
| | ) | C.A. No. 11-cv-922 (GMS) |
| CRYSLER GROUP L.L.C., | ) | |
| | ) | |
| Defendant. | ) | |
| BEACON NAVIGATION GMBH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-cv-923 (GMS) |
| | ) | C.A. No. 11-cv-924 (GMS) |
| FORD MOTOR COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| BEACON NAVIGATION GMBH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-cv-925 (GMS) |
| | ) | C.A. No. 11-cv-927 (GMS) |
| GENERAL MOTORS, L.L.C., | ) | |
| | ) | |
| Defendant. | ) | |
| BEACON NAVIGATION GMBH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 11-cv-928 (GMS) |
| AUDI AG, AUDI OF AMERICA, L.L.C. and | ) | C.A. No. 11-cv-929 (GMS) |
| AUDI OF AMERICA, INC., | ) | |
| | ) | |
| Defendants. | ) | |

| | |
|---|---|
| BEACON NAVIGATION GMBH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BAYERISCHE MOTOREN WERKE AG, )<br>BMW OF NORTH AMERICA, L.L.C., and )<br>BMW MANUFACTURING CO., L.L.C., )<br>)<br>Defendants. )<br>) | C.A. No. 11-cv-930 (GMS)<br>C.A. No. 11-cv-931 (GMS) |
| BEACON NAVIGATION GMBH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HONDA MOTOR CO., LTD., )<br>HONDA NORTH AMERICA, INC., AMERICAN )<br>HONDA MOTOR CO. INC., HONDA )<br>MANUFACTURING OF ALABAMA L.L.C., )<br>HONDA MANUFACTURING OF INDIANA )<br>L.L.C., and HONDA OF AMERICA MFG, INC., )<br>)<br>Defendants. )<br>) | C.A. No. 11-cv-932 (GMS)<br>C.A. No. 11-cv-933 (GMS) |
| BEACON NAVIGATION GMBH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HYUNDAI MOTOR AMERICA, HYUNDAI )<br>MOTOR MANUFACTURING ALABAMA, )<br>L.L.C. and HYUNDAI MOTOR COMPANY, )<br>)<br>Defendants. )<br>) | C.A. No. 11-cv-934 (GMS)<br>C.A. No. 11-cv-935 (GMS) |

| | |
|---|---|
| BEACON NAVIGATION GMBH,  )<br>                                                        )<br>           Plaintiff,                          )<br>                                                        )<br>     v.                                             )<br>                                                        )<br> JAGUAR LAND ROVER NORTH AMERICA  )<br> L.L.C., JAGUAR CARS LIMITED, and      )<br> LAND ROVER,                                )<br>                                                        )<br>           Defendants.                     )<br>_____) | C.A. No. 11-cv-936 (GMS)<br>C.A. No. 11-cv-937 (GMS) |
| BEACON NAVIGATION GMBH,  )<br>                                                        )<br>           Plaintiff,                          )<br>                                                        )<br>     v.                                             )<br>                                                        )<br> KIA MOTORS CORP., KIA MOTORS       )<br> AMERICA, INC., and KIA MOTORS       )<br> MANUFACTURING GEORGIA, INC.,   )<br>                                                        )<br>           Defendants.                     )<br>_____) | C.A. No. 11-cv-939 (GMS)<br>C.A. No. 11-cv-940 (GMS) |
| BEACON NAVIGATION GMBH,  )<br>                                                        )<br>           Plaintiff,                          )<br>                                                        )<br>     v.                                             )<br>                                                        )<br> MAZDA MOTOR CORPORATION and )<br> MAZDA MOTOR OF AMERICA, INC., )<br>                                                        )<br>           Defendants.                     )<br>_____) | C.A. No. 11-cv-941 (GMS)<br>C.A. No. 11-cv-942 (GMS) |
| BEACON NAVIGATION GMBH,  )<br>                                                        )<br>           Plaintiff,                          )<br>                                                        )<br>     v.                                             )<br>                                                        )<br> DAIMLER AG, DAIMLER NORTH         )<br> AMERICA CORPORATION, MERCEDES-)<br> BENZ USA L.L.C., and MERCEDES-BENZ )<br> US INTERNATIONAL, INC.,                  )<br>                                                        ) | C.A. No. 11-cv-943 (GMS)<br>C.A. No. 11-cv-944 (GMS) |

|  |  |
|---|---|
| Defendants. ) | |
| ) | |
| BEACON NAVIGATION GMBH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | C.A. No. 11-cv-945 (GMS) |
| NISSAN MOTOR CO. LTD. and ) | C.A. No. 11-cv-946 (GMS) |
| NISSAN NORTH AMERICA, INC., ) | |
| ) | |
| Defendants. ) | |
| BEACON NAVIGATION GMBH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 11-cv-947 (GMS) |
| ) | C.A. No. 11-cv-948 (GMS) |
| DR. ING. H.C. F. PORSCHE AG and ) | |
| PORSCHE CARS NORTH AMERICA, INC., ) | |
| ) | |
| Defendants. ) | |
| BEACON NAVIGATION GMBH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 11-cv-949 (GMS) |
| ) | C.A. No. 11-cv-950 (GMS) |
| SAAB AUTOMOBILE AB and SAAB CARS ) | |
| NORTH AMERICA, INC., ) | |
| ) | |
| Defendants. ) | |
| BEACON NAVIGATION GMBH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | C.A. No. 11-cv-951 (GMS) |
| FUJI HEAVY INDUSTRIES, LTD., FUJI ) | C.A. No. 11-cv-952 (GMS) |
| HEAVY INDUSTRIES USA, INC., and ) | |
| SUBARU OF AMERICA, INC., ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| BEACON NAVIGATION GMBH,<br><br>Plaintiff,<br><br>v.<br><br>SUZUKI MOTOR CORPORATION and<br>AMERICAN SUZUKI MOTOR CORPORATION,<br><br>Defendants. | C.A. No. 11-cv-953 (GMS)<br>C.A. No. 11-cv-954 (GMS) |
| BEACON NAVIGATION GMBH,<br><br>Plaintiff,<br><br>v.<br><br>TOYOTA MOTOR CORPORATION, TOYOTA<br>MOTOR NORTH AMERICA, INC., TOYOTA<br>MOTOR SALES USA, INC., et al.,<br><br>Defendants. | C.A. No. 11-cv-955 (GMS)<br>C.A. No. 11-cv-956 (GMS) |
| BEACON NAVIGATION GMBH,<br><br>Plaintiff,<br><br>v.<br><br>VOLKSWAGEN AG, VOLKSWAGEN GROUP<br>OF AMERICA, INC. and VOLKSWAGEN<br>GROUP OF AMERICA CHATTANOOGA<br>OPERATIONS, L.L.C.,<br><br>Defendants. | C.A. No. 11-cv-957 (GMS)<br>C.A. No. 11-cv-958 (GMS) |
| BEACON NAVIGATION GMBH,<br><br>Plaintiff,<br>v.<br><br>VOLVO CAR CORPORATION and<br>VOLVO CARS OF NORTH AMERICA, L.L.C.,<br><br>Defendants. | C.A. No. 11-cv-959 (GMS)<br>C.A. No. 11-cv-960 (GMS) |

**ORDER**

At Wilmington, this 20th day of March, 2013, consistent with the Memorandum Opinion issued this same date, IT IS HEREBY ORDERED THAT:

1. The defendants' Motions to Transfer Venue to the Eastern District of Michigan are GRANTED[1];

2. Civil Action Nos. 11-cv-932 (GMS), 11-cv-933 (GMS), 11-cv-949 (GMS), 11-cv-950 (GMS), 11-cv-953 (GMS), and 11-cv-954 are transferred to the Eastern District of Michigan.

CHIEF, UNITED STATES DISTRICT JUDGE

---

[1] 11-cv-921(GMS), D.I. 17; 11-cv-922 (GMS), D.I. 17; 11-cv-923 (GMS), D.I. 27; 11-cv-924 (GMS), D.I. 22; 11-cv-925 (GMS), D.I. 31; 11-cv-927 (GMS), D.I. 21; 11-cv-928 (GMS), D.I. 18; 11-cv-929 (GMS), D.I. 16; 11-cv-930 (GMS), D.I. 36; 11-cv-931 (GMS), D.I. 25; 11-cv-934 (GMS), D.I. 25; 11-cv-935 (GMS), D.I. 24; 11-cv-936 (GMS), D.I. 24; 11-cv-937 (GMS), D.I. 17; 11-cv-939 (GMS), D.I. 25; 11-cv-940, D.I. 24; 11-cv-941 (GMS), D.I. 24; 11-cv-942 (GMS), D.I. 17; 11-cv-943 (GMS), D.I. 41; 11-cv-944 (GMS), D.I. 30; 11-cv-945 (GMS), D.I. 29; 11-cv-946 (GMS), D.I. 24; 11-cv-947 (GMS), D.I. 18; 11-cv-951 (GMS), D.I. 25; 11-cv-952 (GMS), D.I. 18; 11-cv-955 (GMS), D.I. 32; 11-cv-956 (GMS), D.I. 25; 11-cv-957 (GMS), D.I. 18; 11-cv-958 (GMS), D.I. 16; 11-cv-959 (GMS), D.I. 25; and 11-cv-960 (GMS), D.I. 19.